# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER GOODVINE,**

    **Plaintiff,**

    v.                                                             Case No. 10-C-1166

**DR. FLYNN, DR. CHRISTINE APPLE,
DR. HEINRICHS, DR. SPOTTS, CAPTAIN SLAYTON,
OFFICER GOETTLE, OFFICER IVY, OFFICER FABUS,
OFFICER WITKOWSKI, OFFICER WITT,
DR. SARAH SILVER, MELISSA ELSBRIE,
LT. MIKELL, JASON ALDANA, KEVIN KALLAS, MD,
DAN WESTFIELD, and JANE DOE PSYCHOLOGIST,**

    **Defendants,**

## ORDER

Plaintiff, Christopher Goodvine, filed a motion for protective order and motion to prevent spoilage of evidence. He seeks to prevent the destruction any records regarding the discipline of defendants in connection with the facts underlying his complaint. The state defendants have stipulated to plaintiff's request and taken action to prevent the destruction of such records, if any exist. Therefore,

**IT IS ORDERED** that plaintiff's motion for protective order, motion to prevent spoilage of evidence (Docket #14) is **GRANTED**.

**IT IS FURTHER ORDERED** that, consistent with their response to this motion, the defendants shall continue to preserve any records of disciplinary actions involving any of the defendants concerning matters which are the subject of the lawsuit.

Dated at Milwaukee, Wisconsin, this 14th day of July, 2011.

                                                                   /s_____
                                                                   LYNN ADELMAN
                                                                   District Judge