# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER GOODVINE,**

    **Plaintiff,**

    v.                                    Case No. 10-C-1166

**DR. FLYNN, DR. CHRISTINE APPLE,
DR. HEINRICHS, DR. SPOTTS, CAPTAIN SLAYTON,
OFFICER GOETTLE, OFFICER IVY, OFFICER FABUS,
OFFICER WITKOWSKI, OFFICER WITT,
DR. SARAH SILVER, MELISSA ELSBRIE,
LT. MIKELL, JASON ALDANA, KEVIN KALLAS, MD,
DAN WESTFIELD, and JANE DOE PSYCHOLOGIST,**

    **Defendants,**

## ORDER

On July 14, 2011, <u>pro se</u> plaintiff Christopher Goodvine signed an "Agreement to Limited Appointment of Attorney for Settlement Negotiations." The court will now appoint Attorney Nelson W. Phillips, III, of Godfrey & Kahn SC, to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with settlement negotiations. Attorney Phillips is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the current settlement negotiations, his representation of plaintiff will end.

Also before me are defendants' motion to stay this case for 60 days due to settlement negotiations and plaintiff's request to stay these matters for only 30 days. I will grant defendants' motion to stay in order to give the parties ample time to reach a settlement in this case and plaintiff's other case pending before me.

Plaintiff further requests that I appoint a mediator. I do not consider a referral to mediation necessary at this time, but I remain open to that possibility if the parties are

unable to resolve these cases on their own and express a desire to engage in more formal mediation. Therefore,

**IT IS ORDERED** that Attorney Nelson W. Phillips, III, be and hereby is appointed to pro bono representation of pro se plaintiff Christopher Goodvine for settlement negotiations only in this action.

**IT IS FURTHER ORDERED** that defendants' motion to stay due to settlement discussions (Docket #20) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **STAYED** for 60 days from the date of this order.

**IT IS FURTHER ORDERED** that the parties advise the court on or before 60 days from the date of this order whether they have been able to reach a settlement.

**IT IS FURTHER ORDERED** that plaintiff's request to stay proceedings (Docket #25) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's request that the court appoint a mediator (Docket #25) is **DENIED WITHOUT PREJUDICE**.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during settlement negotiations without the prior consent of the adverse party.

Dated at Milwaukee, Wisconsin, this 25th day of July, 2011.

/s\
LYNN ADELMAN\
District Judge