UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER GOODVINE,**

    **Plaintiff,**

    v.        Case No. 10-CV-01166

**DR. SARAH SILVER, and MELISSA ELSBRIE,**

    **Defendants.**

## ORDER

Plaintiff has asked me to voluntarily dismiss this entire action with prejudice. He cites Federal Rule of Civil Procedure 41 and indicates that he would like to focus his resources on another pending case, No. 13-CV-17. I will grant plaintiff's motion, and I agree that a dismissal with prejudice is appropriate at this stage in the litigation where summary judgment is fully briefed. Therefore,

**IT IS ORDERED** that plaintiff's voluntary dismissal of case (Docket #63) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of April, 2013.

                                          s/ Lynn Adelman

                                          LYNN ADELMAN
                                          District Judge